McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06cr00028 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE CHANGE OF PLEA |
| | ) | HEARING |
| v. | ) | |
| | ) | |
| KULWANT GILL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorneys for the government, and GARY HUSS, attorney for KULWANT GILL, to continue the change of plea hearing for both defendants from July 31, 2006 to a new date of **September 5, 2006 at 9:00 a.m.**

This continuance is necessary to permit the parties to continue further negotiations of the terms of the agreement and for further defense investigation, should the matter not be resolved via plea agreement.

All parties stipulate that time shall be excluded for the above purposes until the new

1

1 | hearing date of August 5, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

2 | IT IS SO STIPULATED,

3 | Dated: July 27, 2006

        /s/ Virna L. Santos
        VIRNA L. SANTOS
        Assistant U. S. Attorney

Dated: July 27, 2006        /s/Gary Huss
        GARY HUSS
        Attorney for Kulwant Gill

## ORDER

The parties stipulated request to continue the hearing on this matter to **September 5, 2006 at 9:00 a.m.** is hereby **GRANTED**.  Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:   July 28, 2006**        **/s/ Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE